AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JIMELL RAHEEN BROW,

    Plaintiff,

v.

CHIEF JUDGE DONALD W. GILLIS; JUDGE JON F. HELTON; JOSHUA E. KNIGHT, Assistant District Attorney; MADISON L. PETERSON; BRANDON FAIRCLOTH, District Attorney; THOMAS H. CORBIN, Sheriff; and MICHAEL MILTON, Deputy Sheriff,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 320-024

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of September 17, 2020, Plaintiff's request for leave to file an amended complaint is DENIED, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, Plaintiff's amended complaint is DISMISSED for failure to state a claim upon which relief can be GRANTED, and this civil action stands CLOSED.



09/17/2020  
Date

John E. Triplett, Acting Clerk  
Clerk

*Tara H. Burton*  
(By) Deputy Clerk

GAS Rev 10/2020